IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LIONEL J. ALEXANDER**                                                                              **PLAINTIFF**

v.                                                                          CAUSE NO. 1:11CV324-LG-JMR

BP, PLC; BP AMERICA PRODUCTION
COMPANY; BP PRODUCTS NORTH
AMERICA, INC.; BP EXPLORATION
& PRODUCTION, INC.; TRANSOCEAN,
LTD.; TRANSOCEAN DEEPWATER, INC.;
*SYL*; PARSONS COMMERCIAL SERVICES,
INC.; and DEFENDANTS X, Y, AND Z                                **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order [53] entered by the Court on November 16, 2012, as well as the settlement of the remaining claims pending in this action, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, pursuant to the Memorandum Opinion and Order [53] previously entered, BP America Production Company, BP Exploration & Production, Inc., and BP Products North America, Inc., are entitled to judgment as a matter of law, and all of Lionel Alexander's claims against these BP defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, for the reasons stated in this Court's Memorandum Opinion and Order [53], Parsons Commercial Services, Inc., is entitled to judgment as a matter of law as to Lionel Alexander's

Jones Act and general maritime claims of negligence and unseaworthiness. These claims are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the remainder of the case, specifically Lionel Alexander's claim for maintenance and cure against Parsons Commercial Services, Inc., is hereby **DISMISSED WITH PREJUDICE** pursuant to a settlement agreement entered into by the parties. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

**SO ORDERED AND ADJUDGED** this the 14th day of August, 2013.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge